DAVID S. WILSON, III, (SBN 174185)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone: 949.862.4656
Facsimile: 901.492.5641
dswilson@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation; HAWTHORNE USA, INC. WHICH WILL DO BUSINESS AS DELAWARE HAWTHORNE USA, INC., a Delaware corporation; and Does 1-10,<br><br>Defendants. | Case No. 2:18-cv-04607-ODW-JEM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]**<br><br>**Complaint Served:**     June 12, 2018<br>**Current Resp. Date:**   July 3, 2018<br>**New Response Date:**  July 18, 2018 |

**STIPULATION**

1. Plaintiff Carmen John Perri ("Plaintiff") and Defendant Federal Express Corporation ("FedEx"), hereby submit, through their undersigned counsel of record, pursuant to Local Rule 8-3, the following Stipulation:

2. WHEREAS, on May 25, 2018, Plaintiff filed this action against FedEx;

3. WHEREAS, on June 12, 2018, Plaintiff caused the Summons and Complaint to be served on FedEx, thus rendering FedEx's response to the Complaint to become due on or before July 3, 2018;

4. WHEREAS, the parties agree that FedEx may have an additional 15 days in which to respond to the Complaint.

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1

STIP. TO EXTEND TIME TO RESPOND TO INITIAL COMPL. BY NOT MORE THAN 30 DAYS [L.R. 8-3]
Case No. 2:18-cv-04607-ODW-JEM

1  5.  WHEREAS, FedEx's response to Plaintiff's Complaint shall now be filed on or before July
2  18, 2018.

3  6.  WHEREAS, the parties further agree that the extension of time for FedEx to respond to the
4  Complaint will not alter the date of any event or any deadline already fixed by Court order.

5  DATED:   July 3, 2018         MANNING LAW, APC

6                                BY:  /s/ Craig G. Côté
                                       Craig G. Côté
7                                      Attorney for Plaintiff
                                       CARMEN JOHN PERRI
8

9                                FEDERAL EXPRESS CORPORATION
                                 BY:  /s/ David S. Wilson
10                                     David S. Wilson
                                       Attorney for Defendant
11                                     FEDERAL EXPRESS CORPORATION

12

13      *Filer's Attestation:  Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, David S.*
14 *Wilson, III hereby attests that concurrence in the filing of this document and its content has been*
15 *obtained as to all signatories listed.*

16

17  Dated: July 3, 2018                     Respectfully submitted,

18
                                      By:   /s/David S. Wilson
19                                          David S. Wilson

20                                          Attorney for Defendant
                                            FEDERAL EXPRESS CORPORATION
21

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

2
STIP. TO EXTEND TIME TO RESPOND TO INITIAL COMPL. BY NOT MORE THAN 30 DAYS [L.R. 8-3]
Case No.  2:18-cv-04607-ODW-JEM

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2018, I caused the foregoing document to be filed with the Clerk of Court via CM/ECF, which will send notice to the following CM/ECF participants:

Joseph R. Manning, Jr., Esq.
Michael J. Manning, Esq.
Craig G. Cote, Esq.
MANNING LAW, APC
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660

Attorneys for Plaintiff

          /s/David S. Wilson
          David S. Wilson

#1286645

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

3
STIP. TO EXTEND TIME TO RESPOND TO INITIAL COMPL. BY NOT MORE THAN 30 DAYS [L.R. 8-3]
Case No. 2:18-cv-04607-ODW-JEM