DAVID S. WILSON, III, (SBN 174185)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone: 949.862.4656
Facsimile: 901.492.5641
dswilson@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation; HAWTHORNE USA, INC. WHICH WILL DO BUSINESS AS DELAWARE HAWTHORNE USA, INC., a Delaware corporation; and Does 1-10,<br><br>Defendants. | Case No. 2:18-cv-04607-ODW-JEM<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]**<br><br>**Complaint Served:** June 12, 2018<br>**Current Resp. Date:** July 18, 2018<br>**New Response Date:** August 1, 2018 |

### **STIPULATION**

1. Plaintiff Carmen John Perri ("Plaintiff") and Defendant Federal Express Corporation ("FedEx"), hereby submit, through their undersigned counsel of record, pursuant to Local Rule 8-3, the following Stipulation:

2. WHEREAS, on May 25, 2018, Plaintiff filed this action against FedEx;

3. WHEREAS, on June 12, 2018, Plaintiff caused the Summons and Complaint to be served on FedEx, thus rendering FedEx's response to the Complaint to become due on or before July 3, 2018;

4. WHEREAS, on July 3, 2018, Defendant FedEx filed a First Stipulation extending the time to answer the complaint to July 18, 2018;

1
SECOND STIP. TO EXTEND TIME TO RESPOND TO INITIAL COMPL. BY NOT MORE THAN 30 DAYS [L.R. 8-3]
Case No. 2:18-cv-04607-ODW-JEM

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

5. WHEREAS, the parties agree that FedEx may have an additional 14 days in which to respond to the Complaint;

6. WHEREAS, FedEx's response to Plaintiff's Complaint shall now be filed on or before August 1, 2018;

7. WHEREAS, the parties further agree that the extension of time for FedEx to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

DATED:   July 18, 2018                    MANNING LAW, APC

                                          BY:  /s/ Craig G. Côté
                                               Craig G. Côté
                                               Attorney for Plaintiff
                                               CARMEN JOHN PERRI


                                          FEDERAL EXPRESS CORPORATION
                                          BY:  /s/ David S. Wilson
                                               David S. Wilson
                                               Attorney for Defendant
                                               FEDERAL EXPRESS CORPORATION


*Filer's Attestation:*  Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, David S. Wilson, III hereby attests that concurrence in the filing of this document and its content has been obtained as to all signatories listed.


Dated: July 18, 2018                      Respectfully submitted,

                                          By:   /s/David S. Wilson
                                                David S. Wilson

                                                Attorney for Defendant
                                                FEDERAL EXPRESS CORPORATION

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

2
SECOND STIP. TO EXTEND TIME TO RESPOND TO INITIAL COMPL. BY NOT MORE THAN 30 DAYS [L.R. 8-3]
Case No. 2:18-cv-04607-ODW-JEM

### CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2018, I caused the foregoing document to be filed with the Clerk of Court via CM/ECF, which will send notice to the following CM/ECF participants:

Joseph R. Manning, Jr., Esq.
Michael J. Manning, Esq.
Craig G. Cote, Esq.
MANNING LAW, APC
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660

Jeffrey S. Thomas
AKERMAN LLP
601 West Fifth Street, Suite 300
Los Angeles, CA 90071

/s/David S. Wilson
David S. Wilson

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

3
SECOND STIP. TO EXTEND TIME TO RESPOND TO INITIAL COMPL. BY NOT MORE THAN 30 DAYS [L.R. 8-3]
Case No.  2:18-cv-04607-ODW-JEM